PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

2006 OCT 13 P 12: 16

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Torres; True Name: Alexis Velazquez-Gonzalez        Cr.: 96-114-17

Name of Sentencing Judicial Officer: Maryanne Trump Barry

Date of Original Sentence: 03-19-97

Original Offense: Conspiracy to Distribute More than One Kilogram of Heroin

Original Sentence: 95 months imprisonment; 5 years TSR

Type of Supervision: Supervised Release        Date Supervision Commenced: 01-13-03

Assistant U.S. Attorney: John Azzarello        Defense Attorney: Michael Stein, Esq.

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 17, 2006, the offender was arrested by officers of the Puerto Rico Police Department and charged with possession of a loaded firearm, possession of a firearm with a mutilated serial number and possession of ammunition, in violation of Articles 6.01; 5.04; and 5.10 of the Puerto Rico Firearms Law. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | On September 17, 2006, Mr. Velazquez Gonzalez was released from State Custody after posting a $1,000 bond as to each count. As of this date, Mr. Velazquez Gonzalez has not reported the incident to the Probation Office. |

PROB 12C - Page 2
Alexis Velazquez-Gonzalez

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 10-12-06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/13/06
Date